DEBORAH M. SMITH
Acting United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: Stephen.Cooper@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br> vs.  <br> JOSHUA OKPOWRUK,  <br>  Defendant. | Case No.  <br> <u>COUNT ONE</u>:  <br> SALE OF MARINE MAMMAL PRODUCT  <br>   Violation of 16 U.S.C. § 1372(a)(4)(B) |

I N F O R M A T I O N

The United States Attorney charges that:

<u>COUNT ONE</u>

On or about the 1st of September, 2000, in the District of Alaska, Joshua

Okpowruk did unlawfully and knowingly sell and offer to sell a marine mammal product, to wit, a walrus head mount with raw unaltered tusks, for purposes other than those provided under subsection 1374(c) of Title 16, United States Code, all in violation of Title 16, United States Code, § 1372(a)(4)(B).

DATED this  30th  day of March, 2006, at Fairbanks, Alaska.

>
> DEBORAH M. SMITH
> Acting United States Attorney
>
>  s/Stephen Cooper
> STEPHEN COOPER
> Assistant United States Attorney
> Federal Building & U.S. Courthouse
> 101 12th Avenue, Room 310
> Fairbanks, Alaska  99701
> Phone: (907) 456-0245
> Fax: (907) 456-0577
> Email: Stephen.Cooper@usdoj.gov
> AK Bar #6911028