AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: 4:06-cr-000019-TWH |
| JOSHUA OKPOWRUK | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 456-0266 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room |
|---|---|
| U.S. Courthouse<br>101 12th Avenue<br>Fairbanks, Alaska 99701-6283 | 326 |
| Before: TERRANCE W HALL, U.S. MAGISTRATE JUDGE | Date and Time<br>MAY 11, 2006 at 9:00 a.m. |

To answer a(n)
[] Indictment   [X] Information   [] Complaint   [] Violation Notice   [] Probation Violation Petition

Charging you with a violation of:

Title 16 United States Code, Section(s) 1372 (a)(4)(B)

Brief description of offense:
Sale of Marine Mammal Product

| Ida Romack, Clerk of Court<br>Signature of Issuing Officer | April 3, 2006 at Fairbanks, Alaska<br>Date and Location |
|---|---|
| by _____ Deputy Clerk<br>Name and Title of Issuing Officer | |

NOTICE: If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 550 W. 7th Avenue, Suite 1600, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

# RETURN OF SERVICE

Service was made by me on:[1] _THURSDAY_    Date _4/6/06_

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _117 SUMMER ROAD WAINWRIGHT AK 99782 (POWER PLANT)_

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: _4/12/06_    _Xiong TB_
Date                     Name of ~~United States Marshal~~ POLICE OFFICER

_____
(by) Deputy United States Marshal

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.