M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Friend of the Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JOSHUA OKPOWRUK,<br><br>　　　　　　　Defendant. | Case No. 4:06-cr-0019-TWH<br><br>**MOTION ON SHORTENED TIME FOR DEFENDANT TO APPEAR TELEPHONICALLY AT ARRAIGNMENT** |

　　　　Defendant, Joshua Okpowruk, by and through Friend of the Court, M. J. Haden, moves this court on shortened time to proceed with Mr. Okpowruk's arraignment in the above-captioned matter without the defendant's physical presence, but with his telephonic appearance.  This motion is filed on shortened time because Mr. Okpowruk's arraignment is scheduled for May 11, 2006, at 9:00 a.m.

　　　　Mr. Okpowruk resides in Wainwright, Alaska.  Travel from Wainwright to Fairbanks requires at least one overnight stay away from home.  In order to conserve economic resources, Mr. Okpowruk requests that he be allowed to appear telephonically for the arraignment.

This motion is made pursuant to Rule 43(a) of the Federal Rules of Criminal Procedure.  Mr. Okpowruk has been sent a consent to appear telephonically, which will be filed with the court upon its return to the Office of the Federal Public Defender.

DATED this 9th day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on May 9, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Stephen Cooper, Esq.

/s/ M. J. Haden