UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSHUA OKPOWRUK,<br><br>        Defendant. | Case No. 4:06-CR-0019-TWH<br><br>**PROPOSED<br>ORDER GRANTING TELEPHONIC<br>APPEARANCE AT ARRAIGNMENT** |

After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of defendant's motion to appear telephonically at the arraignment in the above styled case, the court GRANTS the motion. Mr. Okpowruk may appear telephonically by calling _____ at 9:00 a.m. on May 11, 2006.

DATED _____, 2006, in Anchorage, Alaska.

_____
Terrance W. Hall
United States Magistrate Judge