M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JOSHUA OKPOWRUK,<br><br>           Defendant. | Case No. 4:06-CR-0019-TWH<br><br>**DEFENDANT'S NOTICE OF INTENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE** |

        Defendant, Joshua Okpowruk, by and through counsel M. J. Haden, Staff Attorney, hereby notifies the court of his intent to proceed before a United States Magistrate Judge in the above styled case.  Mr. Okpowruk is in the process of executing the written waiver giving up his right to trial, judgement, and sentencing before a United States District Court Judge and consenting to proceed before a United States Magistrate Judge.  The deadline for filing said document is May 17, 2006.  Mr. Okpowruk would like to make the court aware of his desire to proceed before the Magistrate Judge.  Because of complications in exchanging documents due to the fact that Mr. Okpowruk resides in

Wainwright, Alaska, Mr. Okpowruk asks that the court accept this filing has his intent to consent. Undersigned counsel will file the signed form as soon as it is received.

DATED this 17th day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on May 17, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Stephen Cooper, Esq.

/s/ M. J. Haden