```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. __JOSHUA OKPOWRUK__ CASE NO. __4:06-CR-00019-TWH__
Defendant: _X_ Present (telephonically)  _X_ On Summons

BEFORE THE HONORABLE          TERRANCE W. HALL

DEPUTY CLERK/RECORDER:        MADELINE SCHOLL

UNITED STATES ATTORNEY:       STEPHEN COOPER

DEFENDANT'S ATTORNEY:         M.J. HADEN

U.S.P.O.:                     MARCI LUNDGREN

PROCEEDINGS: ARRAIGNMENT ON INFORMATION   Held: **May 11, 2006**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:59 a.m. court convened.

_X_ Copy of Information given to defendant:(waived reading).

_X_ Defendant sworn.

_X_ Defendant advised of general rights.  _X_ Waived full advisement.

_X_ Defendant advised of charges and penalties.

_X_ Federal Public Defender accepted appointment.

_X_ PLEA: Not Guilty to Count _1 of the Misdemeanor Information._

_X_ Consent to be filed **May 17, 2006** or case shall be transferred to U.S. District Judge.

_X_ Pretrial motions due:     **May 31, 2006**

_X_ Counsel advised of trial date:    **July 19, 2006.**

_X_ Conditions of Release **FILED**.

_X_ OTHER: _A Final Pretrial Conference set for **2:00 p.m.** on **July 6, 2006.** X Order of Progression of a Criminal Case with a Trial Date_ **FILED.**

At 9:20 a.m. court adjourned.


DATE:   May 19, 2006     DEPUTY CLERK'S INITIALS:      mas