DEBORAH M. SMITH
Acting United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JOSHUA OKPOWRUK,<br><br>　　　　　Defendant. | ) Case No. 4:06-cr-019 (TWH)<br>)<br>)<br>) **REPORT OF CONFERENCE**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　This is to certify that counsel for the parties conferred regarding this case on May 22, 2006, at about 2:15 p.m., by phone as counsel live in different cities,

and discussed discovery which plaintiff has already produced and the future course of proceedings in this case.

DATED this  22d  day of May, 2006, in Fairbanks, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>/s/ Stephen Cooper
>STEPHEN COOPER
>Assistant United States Attorney
>Federal Building & U.S. Courthouse
>101 12th Avenue, Room 310
>Fairbanks, AK 99701
>Phone:  (907) 456-0245
>Fax: (907) 456-0577
>E-mail: stephen.cooper@usdoj.gov
>
>Attorneys for the Plaintiff

**DECLARATION**

I declare under penalty of perjury that a true and correct copy of the foregoing **REPORT OF CONFERENCE**, was sent to the following counsel of record on May  22 , 2006, via electronic filing notice:

M. J. Haden
Assistant Federal Defender
Federal Public Defender
601 West 5th Avenue, Suite 800
Anchorage, Alaska  99501

 /s/ Stephen Cooper
Office of the United States Attorney

2