1age

Location: AL5B Citation: W779327 SIDE: A

New Citation Search  New Hearing Search

**U.S. Fish and Wildlife Service**
**United States District Court**
**Violation Notice**

CVB Location Code: AL5B

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| W779327 | JOHN RAWLS | SA0574 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☒ USC ☐ State Code |
|---|---|
| 09/01/2000 | 16 U S C 1372   50 CFR 18 13 |

Place of Offense: WAINWRIGHT, AK

Offense Description:
Knowingly transport, sell or offer to sell marine mammals or marine mammal products

**DEFENDANT INFORMATION**   Phone ( 907 ) 763 5253

| Last Name | First Name | M I |
|---|---|---|
| OKPOWRUK | JOSHUA | |

Street Address: PO BOX 186

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| WAINWRIGHT | AK | 99782 | 01/15/1962 |

| Drivers License No | DL State | Social Security No |
|---|---|---|
| 6081428 | AK | 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 |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: BLK   Eyes: BRO   Height: 5'10"   Weight: 150

**VEHICLE DESCRIPTION**   VIN:

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| | | | | UNK |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT   SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT   SEE INSTRUCTIONS (on back of yellow copy)

$1250 Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $1275   Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: CENTRAL VIOLATIONS BUREAU: 1-800-827-2982

Date (mm/dd/yyyy): 12/15/2005
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the Hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

http://156.132.86.246/cgi-cvb/getimage.pl?hallt:AL5B:A:W779327

Exhibit A
Page 1 of 2

Location: AL5B Citation: W779327 SIDE: B

New Citation Search   New Hearing Search

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on **March 22**, 20 **05** while exercising my duties as a law enforcement officer in the _____ District of **ALASKA**

I conducted a non-custodial interview of Joshua Okpowruk, who admitted he sold a walrus head mount to Gilbert Castro, a non-Native, for $500.00. Okpowruk admitted the tusk on the head mount wre raw and unaltered Okpowruk admitted he shipped the head mount to Castro in the fall of 2000 or 2001 via the U S Postal Service Okpowruk said he was never paid by Castro

The foregoing statement is based upon

☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on __7/20/2005__    _____
              Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____  _____
             Date (mm/dd/yyyy)   U S Magistrate Judge

CVB Scan 8/30/2005 14 02 30

http://156.132.86.246/cgi-cvb/getimage.pl?hallt:AL5B:B:W779327                5/2/2006