New Citation Search      New Hearing Search      Printer Friendly Version

## Forms On Demand
(Select a form to produce)

| Notice to Appear | Summons in a Criminal Case | Suspension Form | Warrant | Add On Docket |
|---|---|---|---|---|
| J & C Long Form | J & C Short Form | Credit Card Form | | |

## CVB Citation Information

View Ticket ■ View Transaction History ■ View Probable Cause ■ View Additional Probable Cause

### Ticket Information

| Location Code | Citation Number | Issue Date | Offense Code |
|---|---|---|---|
| AL5B | W779327 | 07/20/2005 | H |
| Offense | TRANSPORT/SELL MARINE MAMMALS | | |

### Defendant Information

| Name | OKPOWRUK, JOSHUA | |
|---|---|---|
| Street | PO BOX 186 | |
| City | WAINWRIGHT | |
| State | AK | |
| Zip | 99782 | |
| Other | SSN | Birth Date |
| | 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 | 01/15/1962 |

| Drivers License Number | Drivers License State | License Plate Number | License Plate State |
|---|---|---|---|
| 6081428 | AK | | |

### Hearing Information

| Hearing Site | Hearing Date | Hearing Time | Type |
|---|---|---|---|
| FAIR | 01/19/2006 | 11:00 AM | O |
| Disposition | Disposition Date | Fine Order Date | |
| DM | 01/19/2006 | **/**/**** | |
| Magistrate | District | Officer | Text |
| 7-AK | AK | RAWLS | |

### Payment Information

Exhibit B
Page 1 of 2

CVB Citation Information

| Category | Ordered | Paid | Due |
|---|---|---|---|
| Collateral | 1275.00 | 0.00 | 1275.00 |
| Total Liab. | 1275.00 | 0.00 | 1275.00 |
| Assessment | | | 0.00 |
| Restitution | | | 0.00 |
| Fine | | | 0.00 |
| Court Costs | | | 0.00 |
| Interest | | | 0.00 |
| Delinq Chg | | | 0.00 |
| Default Chg | | | 0.00 |
| NSF | 0.00 | 0.00 | 0.00 |

### Miscellaneous Information

| | | | |
|---|---|---|---|
| Pay Cycle Method | | Minimum Install Amount | |
| Payment Begin Date | | Interest Rate | |
| Final Payment Date | | Interest Start Date | |
| Number of Payments | | Default Date | |
| Last Date Recalc. | | Default Letter | |

**View Ticket ■ View Transaction History ■ View Probable Cause ■ View Additional Probable Cause**

**New Citation Search      New Hearing Search      Printer Friendly Version**

http://156.132.86.246/cgi-cvb/citsel2.pl?CID1146617449:hallt:AL5B-W779327:L          5/2/2006

Exhibit B
Page 2 of 2