UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOSHUA OKPOWRUK,<br><br>　　　　　Defendant. | Case No. 4:06-cr-0019-TWH<br><br>**PROPOSED<br>ORDER OF DISMISSAL** |

　　　　After due consideration of defendant's Motion to Dismiss, the court GRANTS the motion.  This case is dismissed with prejudice.

　　　　DATED _____, 2006, in Anchorage, Alaska.


　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Terrance W. Hall
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge