DEBORAH M. SMITH
Acting United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSHUA OKPOWRUK, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No. 4:06-cr-019 (TWH) <br><br> **UNOPPOSED MOTION ON SHORTENED TIME TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS** |

COMES NOW Plaintiff, the United States of America, and moves the court to extend until June 9, 2006, the time for plaintiff to respond to defendant's motion to dismiss this case. Defendant's counsel has signified non-opposition to this motion, which was necessitated by the delay caused by remodeling plaintiff's counsel's office

and moving all case files.  This motion must be determined on shortened time as the motion is now due.

DATED this __8th__ day of June, 2006, in Fairbanks, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>/s/ Stephen Cooper
>STEPHEN COOPER
>Assistant United States Attorney
>Federal Building & U.S. Courthouse
>101 12th Avenue, Room 310
>Fairbanks, AK 99701
>Phone:  (907) 456-0245
>Fax: (907) 456-0577
>E-mail: stephen.cooper@usdoj.gov
>
>Attorneys for the Plaintiff

**DECLARATION**

I declare under penalty of perjury that a true and correct copy of the foregoing **UNOPPOSED MOTION ON SHORTENED TIME TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS** was sent to the following counsel of record on June __8__, 2006, via electronic filing notice:

M. J. Haden
Assistant Federal Defender


  /s/ Stephen Cooper
Office of the United States Attorney