DEBORAH M. SMITH
Acting United States Attorney

STEPHEN COOPER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 4:06-cr-019 (TWH) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| JOSHUA OKPOWRUK, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the Plaintiff's Unopposed Motion On Shortened Time to Extend Time to Respond to Motion to Dismiss is GRANTED. Plaintiff's response is due June 9, 2006

DATED this _____ day of June, 2006 at Fairbanks, Alaska.

_____
TERRANCE W. HALL
United States Magistrate Judge