DEBORAH M. SMITH
Acting United States Attorney

STEPHEN COOPER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone:  (907) 456-0245
Fax: (907) 456-0577
E-mail: stephen.cooper@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. W779327/AL5B |
| | ) | Violation Notice Number |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JOSHUA OKPOWRUK, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS SO ORDERED.  This case is dismissed without prejudice.

DATED this 12 day of April, 2006 at Fairbanks, Alaska.

TERRANCE W. HALL
United States Magistrate Judge

3