M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOSHUA OKPOWRUK,<br><br>　　　　　　Defendant. | Case No. 4:06-cr-0019-TWH<br><br>**NOTICE OF<br>INTENT TO CHANGE PLEA** |

　　　　Defendant, Joshua Okpowruk, by and through counsel M. J. Haden, Staff Attorney, hereby notifies the court of his intent to change his plea in the above-styled matter.  There is no written plea agreement in this case.

　　　　Mr. Okpowruk resides in Wainwright, Alaska, and will have to travel to Fairbanks for the change of plea and sentencing at public expense.  To reduce expenses, Mr. Okpowruk proposes that his change of plea hearing be combined with the sentencing so that he will only have to travel to Fairbanks once to resolve this matter.  Towards that end, Mr. Okpowruk is in the process of signing an authorization for preparation of a pre-plea presentence report.

      Mr. Okpowruk requests that the court vacate the current trail date and set a date for the combined change of plea and sentencing hearing at a time convenient to the court and the parties.

      Undersigned counsel has contacted Assistant United States Attorney Stephen Cooper regarding this request.  He has indicated that he is unopposed.

      DATED this 5th day of July, 2006.

      Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on July 5, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Stephen Cooper, Esq.

/s/ M. J. Haden

2