M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JOSHUA OKPOWRUK,<br><br>　　　　　　Defendant. | Case No. 4:06-cr-0019-TWH<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE CHANGE OF PLEA/ SENTENCING HEARING**<br>*Filed on Shortened Time* |

　　　　Defendant, Joshua Okpowruk, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to continue the change of plea/sentencing hearing in the above-styled case.  This continuance is necessary because the parties have worked out a negotiated disposition in this case and additional time is needed in order to facilitate the agreed to sentence.

　　　　The negotiated disposition involves Mr. Okpowruk paying the total fine amount of $1,250 plus the special assessment of $25 as listed on the original Central Violation Bureau (CVB) ticket.  The agreement is that Mr. Okpowruk will pay the full amount at the time of sentencing and no probation, incarceration, or supervised release

will be imposed. In order to accomplish this goal, Mr. Okpowruk intends to utilize the proceeds from his Alaska Permanent Fund Dividend (PFD). As disbursement of PFD checks is scheduled to take place on November 14, 2006, Mr. Okpowruk requests that the proceeding in his case be continued to after December 1, 2006, to allow for him to receive his check and make arrangements for payment of the fine at the time of sentencing.

Undersigned counsel has conferred with Assistant United States Attorney Stephen Cooper regarding this motion. Mr. Cooper is unopposed to the continuance.

DATED this 27th day of September, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on September 27, 2006, a copy of the
foregoing document, with attachments, was
served electronically on:

Stephen Cooper, Esq.

/s/ M. J. Haden