UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JOSHUA OKPOWRUK,<br><br>               Defendant. | Case No. 4:06-cr-0019-TWH<br><br>**PROPOSED<br>ORDER CONTINUING CHANGE OF<br>PLEA/SENTENCING HEARING** |

After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of defendant's unopposed motion to continue the change of plea/sentencing hearing, the court GRANTS the motion. The change of plea and sentencing in this matter, currently scheduled for October 5, 2006, is hereby continued to _____, at _____ a.m./p.m.

        DATED _____, 2006, in Fairbanks, Alaska.

                                                                                    _____<br>
                                                                                       Terrance W. Hall<br>
                                                                     United States Magistrate Judge