UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

JOSHUA OKPOWRUK,

          Defendant.

Case No. 4:06-cr-0019-TWH

**PROPOSED
ORDER CONTINUING CHANGE OF
PLEA/SENTENCING HEARING**

       After due consideration of defendant's motion on shortened time, the court

GRANTS the motion.

       After due consideration of defendant's unopposed motion to continue the

change of plea/sentencing hearing, the court GRANTS the motion. The change of plea

and sentencing in this matter, currently scheduled for October 5, 2006, is hereby continued

to __7 December 2006__, at __9:00__ a.m./~~p.m.~~

DATED __27 Sept__ __/\__ 2006, in Fairbanks, Alaska.

# REDACTED SIGNATURE

Terrance W. Hall
United States Magistrate Judge