M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>JOSHUA OKPOWRUK,<br><br>                  Defendant. | Case No. 4:06-cr-0019-TWH<br><br>**UNOPPOSED MOTION FOR NON-CUSTODIAL TRANSPORTATION FROM WAINWRIGHT, ALASKA, TO FAIRBANKS, ALASKA** |

       Defendant, Joshua Okpowruk, by and through counsel M. J. Haden, Staff Attorney, hereby requests an order for non-custodial transportation from his home in Wainwright, Alaska, to Fairbanks, Alaska, for his change of plea/sentencing hearing scheduled for January 5, 2007, at 9:30 a.m.  Counsel for defendant requests an order directing the United States Marshals Service to provide non-custodial transportation for defendant on or before January 5, 2007.  Mr. Okpowruk is indigent and financially unable to pay for his transportation from Wainwright to Fairbanks.

       Assistant United States Attorney Stephen Cooper is unopposed to this motion.  This motion is made pursuant to 18 U.S.C. § 4285.

DATED this 7th day of December, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on December 7, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Stephen Cooper, Esq.

/s/ M. J. Haden