UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:06-cr-0019-TWH |
| Plaintiff, | |
| vs. | **PROPOSED ORDER FOR NON-CUSTODIAL TRANSPORTATION** |
| JOSHUA OKPOWRUK, | |
| Defendant. | |

After due consideration of the Motion for Non-Custodial Transportation from WAINWRIGHT, ALASKA, to FAIRBANKS, ALASKA, for Mr. Okpowruk's Change of Plea/ Sentencing Hearing, this court hereby GRANTS the motion for transportation.

Pursuant to 18 U.S.C. § 4285, the United States Marshals Service is directed to provide transportation to defendant JOSHUA OKPOWRUK, dob 01/15/1962, from WAINWRIGHT, ALASKA, to FAIRBANKS, ALASKA, for his change of plea/sentencing hearing on January 5, 2007, at 9:30 a.m.

DATED _____, 2006, in Anchorage, Alaska.


_____
John D. Roberts
United States Magistrate Judge