MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ___JOSHUA OKPOWRUK___ CASE NO. __4:06-CR-00019-TWH___
Defendant appeared telephonically.

BEFORE THE HONORABLE: ___JOHN D. ROBERTS___

DEPUTY CLERK/RECORDER: ___CATHRINE CONKLIN___

UNITED STATES' ATTORNEY: _STEPHEN COOPER___

DEFENDANT'S ATTORNEY: ___MJ HADEN___

U.S.P.O.: ___MARCI LUNDGREN___

PROCEEDINGS: PROPOSED CHANGE OF PLEA/IMPOSITION OF SENTENCE
Held: December 7, 2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:27 a.m. court convened.

Court and counsel heard re status of change of plea.

X Court ordered defendant's counsel to prepare travel order.
Defendant to appear in person at next hearing.

X Proposed change of Plea and Imposition of Sentence Hearings continued to **January 5, 2007 at 9:30 a.m.** before U.S. Magistrate Judge TERRANCE W. HALL.

At 9:38 a.m. court adjourned.


DATE: December 8, 2006           DEPUTY CLERK'S INITIALS: cxc