UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA OKPOWRUK,<br><br>Defendant. | Case No. 4:06-cr-0019-TWH<br><br>**PROPOSED<br>ORDER FOR NON-CUSTODIAL<br>TRANSPORTATION** |

After due consideration of the Motion for Non-Custodial Transportation from WAINWRIGHT, ALASKA, to FAIRBANKS, ALASKA, for Mr. Okpowruk's Change of Plea/ Sentencing Hearing, this court hereby GRANTS the motion for transportation.

Pursuant to 18 U.S.C. § 4285, the United States Marshals Service is directed to provide transportation to defendant JOSHUA OKPOWRUK, dob 01/15/1962, from WAINWRIGHT, ALASKA, to FAIRBANKS, ALASKA, for his change of plea/sentencing hearing on January 5, 2007, at 9:30 a.m.

DATED _____11 Dec_____, 2006, in Fairbanks, Alaska

REDACTED SIGNATURE

TERRANCE W. HALL
United States Magistrate Judge