M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOSHUA OKPOWRUK,<br><br>　　　　　Defendant. | Case No. 4:06-cr-0019-TWH<br><br>**UNOPPOSED MOTION FOR TRANSPORTATION FROM FAIRBANKS, ALASKA, TO WAINWRIGHT, ALASKA,** *Filed on Shortened Time* |

　　　　Defendant, Joshua Okpowruk, by and through counsel M. J. Haden, Assistant Federal Defender, hereby requests that this court issue an order directing the United States Marshals Service to provide non-custodial transportation for defendant from Fairbanks, Alaska, to his home in Wainwright, Alaska, following his Change of Plea/Sentencing Hearing scheduled for January 5, 2007.  The parties have a negotiated disposition in this case and do not anticipate that any period of incarceration will be imposed.

　　　　Defendant is indigent and has no available funds for transportation.  This request is made pursuant to 18 U.S.C. § 4285.

DATED this 4th day of January, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on January 4, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Stephen Cooper, Esq.

/s/ M. J. Haden