UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSHUA OKPOWRUK,<br><br>        Defendant. | Case No. 4:06-cr-0019-TWH<br><br>**PROPOSED<br>ORDER FOR NON-CUSTODIAL<br>TRANSPORTATION** |

After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of defendant's Unopposed Motion for Transportation from Fairbanks, Alaska, to Wainwright, Alaska, the motion is GRANTED.

Pursuant to 18 U.S.C. § 4285, the United States Marshals Service is directed to provide non-custodial transportation for defendant Joshua Okpowruk from Fairbanks, Alaska, to Wainwright, Alaska, following his Change of Plea/Sentencing Hearing scheduled for January 5, 2007. Mr. Okpowruk's date of birth is 01/15/1962.

DATED January _____, 2007, in Fairbanks, Alaska.

_____
Terrance W. Hall
United States Magistrate Judge