M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSHUA OKPOWRUK,<br><br>    Defendant. | Case No. 4:06-cr-0019-TWH<br><br>**UNOPPOSED MOTION FOR COUNSEL TO APPEAR TELEPHONICALLY AT HEARING,** *Filed on Shortened Time* |

   Defendant, Joshua Okpowruk, by and through counsel M. J. Haden, Assistant Federal Defender, moves this court for permission for counsel, M. J. Haden, to appear telephonically at the Change of Plea/Sentencing Hearing, currently scheduled for 9:30 a.m. on January 5, 2007.  Counsel is scheduled to be in her primary office in Anchorage on January 5 and has several appointments in Anchorage.

DATED this 4th day of January, 2007.

        Respectfully submitted,

        FEDERAL PUBLIC DEFENDER
        FOR THE DISTRICT OF ALASKA

        /s/ M. J. Haden
        Assistant Federal Defender
        Georgia Bar No. 316531
        601 West Fifth Avenue, Suite 800
        Anchorage, AK  99501
        Ph:  (907) 646-3400
        Fax:  (907) 646-3480
        mj_haden@fd.org

<u>Certification</u>:

I certify that on January 4, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Stephen Cooper, Esq.

/s/ M. J. Haden