UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSHUA OKPOWRUK,<br><br>        Defendant. | Case No. 4:06-cr-0019-TWH<br><br>**PROPOSED<br>ORDER GRANTING TELEPHONIC<br>APPEARANCE** |

After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of defendant's Unopposed Motion for Counsel to Appear Telephonically at Hearing, the motion is GRANTED. Counsel may appear telephonically at the Change of Plea/Sentencing Hearing scheduled in this matter for 9:30 a.m. on January 5, 2007, by calling (907) _____.

DATED _____, 2007, in Fairbanks, Alaska.

                                                          _____
                                                                 Terrance W. Hall
                                                          United States Magistrate Judge