UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSHUA OKPOWRUK,

        Defendant.

Case No. 4:06-cr-0019-TWH

**PROPOSED
ORDER GRANTING TELEPHONIC
APPEARANCE**

After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of defendant's Unopposed Motion for Counsel to Appear Telephonically at Hearing, the motion is GRANTED. Counsel may appear telephonically at the Change of Plea/Sentencing Hearing scheduled in this matter for 9:30 a.m. on January 5, 2007, by calling (907) 456- 0310 .

DATED 4 Jan , 2007, in Fairbanks, Alaska.

REDACTED SIGNATURE

Terrance W. Hall
United States Magistrate Judge