MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ___JOSHUA OKPOWRUK___ CASE NO. __4:06-CR-00019-TWH__
Defendant did not appear.

BEFORE THE HONORABLE: ___TERRANCE W. HALL___

DEPUTY CLERK/RECORDER: ___CATHRINE CONKLIN___

UNITED STATES' ATTORNEY: _STEPHEN COOPER___

DEFENDANT'S ATTORNEY: ___MJ HADEN___

U.S.P.O.: _____MARCI LUNDGREN___

PROCEEDINGS: PROPOSED CHANGE OF PLEA/IMPOSITION OF SENTENCE
Held: January 5, 2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:39 a.m. court convened.

Court and counsel heard re location of defendant.

X Court ordered a second travel order be prepared.

X Proposed change of Plea and Imposition of Sentence Hearing continued to **January 26, 2007 at 11:00 a.m.** before U.S. Magistrate Judge TERRANCE W. HALL. Defendant's counsel may appear telephonically.

At 10:48 a.m. court adjourned.


DATE: January 5, 2007          DEPUTY CLERK'S INITIALS: cxc