MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ___JOSHUA OKPOWRUK___ CASE NO. __4:06-CR-00019-TWH__
Defendant: _X_ Present.

BEFORE THE HONORABLE: ___TERRANCE W. HALL___

DEPUTY CLERK/RECORDER: ___CATHRINE CONKLIN___

UNITED STATES' ATTORNEY: _STEPHEN COOPER_

DEFENDANT'S ATTORNEY: ___MJ HADEN___

U.S.P.O.: ___MARCI LUNDGREN___

PROCEEDINGS: PROPOSED CHANGE OF PLEA/IMPOSITION OF SENTENCE
Held: January 8, 2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:10 a.m. court convened.

_X_ Defendant advised of general rights.

_X_ Defendant advised of charges and penalties.

_X_ Defendant changed plea to guilty on Count _1 of the Information._

_X_ Court accepted plea.

_X_ Sentence imposed as stated in the judgment.

_X_ Defendant ordered to be processed by U.S. Marshall.

_X_ Order for Non-Custodial Transportation signed.


At 11:22 a.m. court adjourned.



DATE: _January 9, 2007_   DEPUTY CLERK'S INITIALS: _cxc_